IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF A MEMBER § 
OF THE BAR OF THE SUPREME § No. 623, 2014
COURT OF THE STATE OF §
DELAWARE: § ODC File No. 112243-B
§
TIMOTHY CAIRNS, §
§
Respondent. §

Submitted: November 12, 2014
Decided: November 12, 2014

Before **STRINE**, Chief Justice, **RIDGELY**, and **VALIHURA**, Justices.

## **O R D E R**

Upon receipt of sufficient evidence demonstrating that Timothy Cairns, Esquire ("Respondent") is suffering from physical or mental health problems that adversely affect his ability to practice law and without opposition from the Office of Disciplinary Counsel:

(1) Respondent, Timothy Cairns, for good cause shown, is hereby immediately transferred to disability inactive status pursuant to Rule 19.

(2) Respondent shall not practice law in this State or in any other jurisdiction.

(3) As Respondent is a member of a Delaware firm that is willing and available to handle his active matters, no receiver need be appointed.

(4)     The proceedings in case No. 623, 2014 are deferred pending further order of this Court.

(5)     Any other disciplinary proceedings involving Respondent shall proceed before the Board on Professional Responsibility in accordance with the rules of Disciplinary Procedure.

(6)     This Order shall be made public;

IT IS SO ORDERED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice